UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JACQUELINE FERNANDEZ, *on behalf of herself and all others similarly situated*,

                         Plaintiff,

                 -v-

WHISK 197 ATLANTIC AVE, INC.,

                         Defendant.
------------------------------------------------------------------------X

25-CV-17 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: January 6, 2025
       New York, New York

                                                   JESSE M. FURMAN
                                            United States District Judge