UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE FERNANDEZ ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED

*Plaintiff*

vs

WHISK 197 ATLANTIC AVE INC

*Defendant*

N
COURT DATE & TIME: AT
INDEX #: 1:25-CV-00017-JMF
DATE FILED: 01/02/2025
Job #: 597171
Client File#

STEIN SAKS, PLLC
ONE UNIVERSITY PLAZA
SUITE 620
HACKENSACK, NJ 07601

CLIENT'S FILE NO.:

**AFFIRMATION OF SERVICE UPON A CORPORATION**

I, DAINON WARD, affirms and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New Jersey.

That on 1/16/2025 at 12:58 PM at 197 ATLANTIC AVE, BROOKLYN, NY 11201, deponent served the within SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL

by personally delivering to and leaving with Peter Rott for WHISK 197 ATLANTIC AVE INC, a true copy thereof, and that deponent knew the person so served to be the AUTHORIZED PARTY/Managing Agent and stated (s)he was authorized to accept legal papers for the corporation.

Said documents were conformed with index number and date of filing endorsed thereon.

A perceived description of the person served on behalf of the defendant is as follows:
**Approx Age**: 51 - 65 Yrs., **Approx Weight**: 161-200 Lbs., **Approx Height**: 5' 4" - 5' 8", **Gender**: Male, **Approx Race**: White, **Approx Hair**: Gray
Other:

I affirm this January 17, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.



DAINON WARD
2079049-DCA

*SUPREME JUDICIAL SERVICES, INC. 371 MERRICK ROAD - ROCKVILLE CENTRE, N.Y. 11570 LIC# 1092373*