**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JACQUELINE FERNANDEZ, *on behalf*
*of herself and all others similarly situated,*

                               Plaintiff,                   **ORDER**

         -against-                        **25-CV-17 (JMF) (JW)**

WHISK 197 ATLANTIC AVE, INC.,

                              Defendant.
-------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

Per the case management plan at Dkt. No. 25, discovery has ended. Having not heard from the parties, the Court orders the parties to file a joint letter by **December 22, 2025,** indicating whether either side intends to file for summary judgment. If so, the parties are ordered to include a proposed briefing schedule. If neither side intends to file for summary judgment, they should indicate whether the case is trial ready, whether they would like a referral to the court-based mediation program, and whether the parties would like to engage in judicially-assisted settlement in advance of trial.

      SO ORDERED.

DATED:    New York, New York
           December 10, 2025

                                      *Jennifer E. Willis*
                              JENNIFER E. WILLIS
                           United States Magistrate Judge