**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JACQUELINE FERNANDEZ, *on behalf*
*of herself and all others similarly situated,*

                          Plaintiff,

                    -against-

WHISK 197 ATLANTIC AVE, INC.,

                          Defendant.
-----------------------------------------------------------------X

**ORDER**

**25-cv-17 (JMF) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On December 10, 2025, the Court referred this case to mediation.  Dkt. No. 28.  The mediation conference was then scheduled for February 5, 2026.  Per the docket, mediation was not held "because one or both parties failed, refused to attend, or refused to participate in the mediation."  Dkt. No. 29.  The Court expects more professionalism from the parties, particularly when the parties requested that they be referred to mediation.  Dkt. No. 27.

To that end, the parties are directed to file a joint letter by **February 11, 2026,** explaining who failed to attend the mediation, and why.  Additionally, the Court understands that discovery is closed as of October 13, 2025, and the parties do not intend on filing a motion for summary judgment.  Dkt. Nos. 25, 27.  As such, the parties are also ordered to provide proposed next steps in their joint letter.

SO ORDERED.

DATED:    New York, New York
             February 6, 2026

                                      *Jennifer E. Willis*
                                    JENNIFER E. WILLIS
                                United States Magistrate Judge