**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JACQUELINE FERNANDEZ, *on behalf*
*of herself and all others similarly situated,*

**ORDER**

Plaintiff,                                **25-cv-17 (JMF) (JW)**

-against-

WHISK 197 ATLANTIC AVE, INC.,

Defendant.
-------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of the parties' joint letter at Dkt. No. 31. While the parties provided an explanation as to why the scheduled February mediation did not go forward, they failed to propose next steps as required by the Court's order at Dkt. No. 30. Discovery is closed in this case and the parties have indicated they do not intend on filing a motion for summary judgment. Dkt. Nos. 25, 27. Proposing next steps is therefore necessary to moving the case forward.

The parties are therefore directed to file another joint letter, no more than two pages, proposing next steps, by **February 18, 2026**. If the parties have different positions on the appropriate next steps, they can say so in the letter.

SO ORDERED.

DATED:      New York, New York
            February 12, 2026

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge